UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YVONNE GIPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 00-2865 (JMF) |
| WELLS FARGO CORP. *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that:

1. Defendants' Motion to Dismiss First Amended Complaint [#15] is **GRANTED IN PART AND DENIED IN PART**; and it is **FURTHER ORDERED** that

2. Defendants' Motion to Strike Plaintiff's "Supplemental Memorandum" as Improper Surreply [#38] is **DENIED;** and it is **FURTHER ORDERED** that

3. Norwest Mortgage, Inc. be **DISMISSED** from this case; and it is **FURTHER ORDERED** that

4. Plaintiff show cause, in writing and within 10 days of the date of this Order, why defendants Wells Fargo Corporation and Wells Fargo & Company should not be dismissed, given defendants' representations in the Joint Report filed in the related case; and it is **FURTHER ORDERED** that

5. Defendants shall have 10 days to respond to plaintiffs' submission; and it is

        **FURTHER ORDERED** that

6.    *Nunc pro tunc*, the time for service of the amended complaint and summons upon the defendants is **EXTENDED** to April 30, 2001.

**SO ORDERED.**

 

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: