UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**YVONNE GIPSON,**                  )
                                    )
    **Plaintiff,**         )
                                    )
    v.                     )    **Civil Action No. 00-2865 (JMF)**
                                    )
**WELLS FARGO CORP.** *et al.*,     )
                                    )
    **Defendants.**        )
_____)


_____
                                    )
**YVONNE GIPSON,**                  )
                                    )
    **Plaintiff,**         )
                                    )
    v.                     )    **Civil Action No. 05-1184 (JMF)**
                                    )
**WELLS FARGO HOME**                )
**MORTGAGE, INC.**                  )
                                    )
    **Defendant.**         )
_____)


**ORDER**

In accordance with the representations and rulings made in open court on September 1, 2005, it is, hereby, **ORDERED** that

1. The parties' Stipulation to Consolidate [#41] is deemed a Consent Motion to Consolidate and is, hereby, **GRANTED;** and it is **FURTHER ORDERED** that

2. Defendants' request for an extension of time to respond to Plaintiff's Response to the Court's Order of August 15, 2005 is **GRANTED** and defendants shall have

until September 16, 2005 to submit their written response; and it is **FURTHER ORDERED** that

3. Plaintiff's oral <u>Motion for Leave to File a First Amended Complaint</u> is **GRANTED** and plaintiff shall have until October 3, 2005 to file such complaint.

**SO ORDERED.**

                                                                _____
                                                                JOHN M. FACCIOLA
                                                                UNITED STATES MAGISTRATE JUDGE

Dated: