**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **YVONNE GIPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 00-2865 (JMF)** |
| | ) | |
| **WELLS FARGO CORPORATION,** | ) | |
| *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

_____

|  |  |  |
|---|---|---|
| **YVONNE GIPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1184 (JMF)** |
| | ) | |
| **WELLS FARGO HOME** | ) | |
| **MORTGAGE, INC.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER

These cases were referred to me, upon consent of the parties, for all purposes including

trial.  On September 1, 2005, I ordered these cases consolidated.  To ensure a complete and

orderly record, I, hereby, **ORDER** that, from this date forward, all filings in these consolidated

cases shall be made in <u>Civil Action No. 00-2865 only</u>.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: